UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Vianey M., | Case No. 26-cv-0064 (JRT/DTS) |
| Petitioner, | |
| v. | **ORDER** |
| Todd Lyons, *in his capacity as Acting Director, Immigration and Customs Enforcement*, et al., | |
| Respondents. | |

**THE COURT HEREBY ORDERS**:

1. Respondents are directed to file an answer to the petition for a writ of habeas corpus of petitioner Vianey M. by no later than January 12, 2026, certifying the true cause and proper duration of Petitioner's confinement and showing cause why the writ should not be granted in this case.

2. Respondents' answer should include:

    a. Such affidavits and exhibits as are needed to establish the lawfulness and correct duration of Petitioner's detention in light of the issues raised in the habeas petition;

    b. A reasoned memorandum of law and fact explaining respondents' legal position on Petitioner's claims;

    c. Respondents' recommendation on whether an evidentiary hearing should be conducted; and

      d.      Respondents' view as to whether—and if so, why—this matter is materially distinguishable, either factually or legally, from *Avila v. Bondi*, No. 25-cv-3741, 2025 WL 2976539 (D. Minn. Oct. 21, 2025).

3.      If Petitioner intends to file a reply to respondents' answer, she must do so by no later than January 15, 2026. If Petitioner does not intend to file a reply, she should inform the Court by no later than January 13, 2026. Thereafter, no further submissions from either party will be permitted, except as authorized by Court order.

Dated: January 7, 2026                      __s/ David T. Schultz_____
                                                                   DAVID T. SCHULTZ
                                                                   United States Magistrate Judge