# UNITED STATES DISTRICT COURT
## District of Minnesota

Vianey Martinez

**JUDGMENT IN A CIVIL CASE**

Petitioner,

v.

Case Number: 26-cv-00064-JRT-DTS

Todd Lyons, Kristi Noem, Pamela Bondi, Daren K. Margolin, David Easterwood

Respondents.

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

Petitioner has filed a Notice of Voluntary Dismissal (Docket No. 6 ), seeking dismissal of this case under Fed. R. Civ. P. 41(a)(1)(A)(i). The Court will GRANT the motion. The Petition for Writ of Habeas Corpus (Docket No. 1 ) is DISMISSED without prejudice.

Date: 1/13/2026

KATE M. FOGARTY, CLERK